JEFF A. LESSER (State Bar No. 64326)
Attorney at Law
16133 Ventura Boulevard, Suite 1175
Encino, California 91436
Telephone: (818) 489-5349
Facsimile: (818) 907-7540
Email: jefflesserlaw@gmail.com

Attorney for Plaintiff
GLOBAL LIQUIDATION COMPANY, INC.

SONIA MARTIN (State Bar. No. 191148)
JEFFRY BUTLER (State Bar No. 180936)
HARSH RONVELIA (State Bar No. 319667)
DENTONS US LLP
1999 Harrison Street, Suite 1300
Oakland, California 94612
Telephone: (415) 882-5000
Facsimile: (415) 882-0300
Email: sonia.martin@dentons.com
       jeffry.butler@dentons.com
       harsh.ronvelia@dentons.com

Attorneys for Defendant
NATIONWIDE INSURANCE
COMPANY OF AMERICA

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLOBAL LIQUIDATION COMPANY, INC., a California corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>NATIONWIDE INSURANCE COMPANY OF AMERICA, and DOES 1 through 30, inclusive,<br><br>Defendants. | Case No. 2:21-cv-7273-MRW<br><br>**DISMISSAL STIPULATION** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties, through their counsel, hereby stipulate that this action shall be DISMISSED in its entirety WITH PREJUDICE, with each side bearing its own fees and costs.

**IT IS SO STIPULATED.**

Dated:  February 7, 2024   */s/ Jeff A. Lesser*
Jeff A. Lesser (State Bar No. 64326)
Attorney for Plaintiff
GLOBAL LIQUIDATION COMPANY, INC.

Dated:  February 14, 2024   */s/ Jeffry Butler*
Jeffry Butler (State Bar No. 180936)
Attorneys for Defendant
NATIONWIDE INSURANCE COMPANY OF AMERICA

### Filer's Attestation

All signatories listed hereon, and on whose behalf this filing is submitted, concur in this filing's content and have authorized the filing.

*/s/ Jeffry Butler*
Jeffry Butler